IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 09-05431 (SEK) |
|---|---|
| MILDRED LORENZANA VAZQUEZ<br>Debtor | CHAPTER 13 |

**RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM #3**

TO THE HONORABLE COURT:

**NOW COMES** Banco Popular de Puerto Rico, (BPPR), as service agent for Oriental Bank & Trust, through counsel, and most respectfully **STATES** and **PRAYS**:

1. After conducting diligent search it appears that the mortgage has not been recorded in the Property Registry.

2. Enclosed title search to this effect.

3. Accordingly the claim should be treated as general unsecure as proposed by the Trustee.

**WHEREFORE** it is respectfully requested that this Motion BE GRANTED, with such further relief as is deemed appropriate under the circumstances.

**I CERTIFY**, that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such

William Vázquez Irizarry
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

filing to the following to: **Ms. Emily D. Davila Rivea**; **Mr. Alejandro Oliveras Rivera**; and **Ms. Monsita Lecaroz Arribas**.

In San Juan, Puerto Rico, this 12, day of February 2010.

*Wallace Vazquez Sanabria-125101*
*17 México St., Suite D-1*
*San Juan, PR 00917-2202*
*Tel: 787-756-5730*
*Fax: 787-764-0340*
*Email: walvaz@prtc.net*

Wallace Vazquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

# ESTUDIO DE TITULO

**CASO:** LCDO. WALLACE VAZQUEZ SANABRIA     **RE:** SPPR-272
**POR:** VIDDY

**FINCA NUMERO:** 36,362, inscrita al folio 261 del tomo 1311 de Río Piedras Norte, sección II de San Juan.

**DESCRIPCION:**

**URBANA:** Propiedad horizontal: Apartamento #2 del Condominio Atrio Real, sito en la calle Añasco de Río Piedras, barrio Palmas del Municipio de San Juan, Puerto Rico. Está localizado en el primer piso del condominio. Su puerta principal está al Este y le da acceso al corredor de uso común que conduce a las escaleras y al exterior del edificio. Consta de sala-comedor, cocina, baño, 2 dormitorios, 3 closets, vestíbulo y pasillo. Tiene una cabida superficial de **759.83 pies cuadrados equivalentes a 70.616 metros cuadrados**. Colinda por el NORTE, en 23 pies equivalente a 7.012 metros con la pared medianera que lo separa del apartamento #1; por el SUR, en 23.00 pies equivalentes a 7.012 metros con la pared medianera que lo separa del apartamento #3; por el ESTE, en 33.5 pies equivalente a 10.213 metros con el corredor del piso y por el OESTE, en 33.5 pies equivalentes a 10.213 metros con el exterior.

A este apartamento le corresponde un porcentaje de participación de 3.002% en los elementos comunes del condominio.

Le corresponde además el uso exclusivo del estacionamiento #2.

**TRACTO REGISTRAL:**

Se separa de la finca #340, inscrita al folio 264 vuelto del tomo 1291 de Río Piedras Norte, a favor de Futura Development Corporation.

**DOMINIO:**

La finca consta inscrita a favor de MILDRED LORENZANA VAZQUEZ, soltera, quien adquiere por compra que hiciera a Futura Development Corporation, por el precio de $77,000.00, según consta de la escritura #44, otorgada en San Juan, el 21 de octubre de 1991, ante el Notario Angel L. Calero, inscrito al folio 261 del tomo 1311 de Río Piedras Norte, finca #36,362, inscripción 1ra.

**GRAVAMENES:**

I.  Afecta por su procedencia a:

    Servidumbre a favor de Autoridad de Energía Eléctrica
    Servidumbre a favor de Autoridad de Acueductos y Alcantarillados
    Servidumbre a favor de Puerto Rico Telephone Company

II. Afecta por sí a:

1.  **HIPOTECA:** En garantía de un pagaré a favor de Citibank, N.A., o a su orden, por la suma de $64,350.00, intereses al 7% anual y a vencer el 1 de noviembre del año 2028, según consta de la escritura #205, otorgada en San Juan, el 15 de octubre de 1998, ante el Notario Enrique Godinez Morales, inscrito al folio 262 del tomo 1311 de Río Piedras Norte, finca #36,362, inscripción 2da. Cláusula de aceleración.

    **Nota:** El documento presentado al asiento 76 del diario 1020 fue caducado el 29 de agosto de 2003.



ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 761-3612 • FAX (787) 748-1143

**PAGINA #2**
**FINCA #36,362**

**REVISADOS:**

Registros de Embargos, Sentencias, Contribuciones Federales y Cuaderno de Bitácora Electrónica, el día 11 de febrero de 2010.

**NOTA:** Esta sección tiene establecido un Sistema de Bitácora Electrónica. No nos hacemos responsables por errores y/u omisiones que cometa el empleado del Registro, en la entrada y búsqueda de datos en el mismo.

**EAGLE TITLE AND OTHER SERVICES, INC.**

Firma Autorizada

MG-816329

ag/ig
ag/ig
ggr/ig

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

